UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| STEPHANIE MONTGOMERY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 3:18-CV-137 RLY-MPB |
| | ) |
| WENDY WILLIAMS F.N.P. LLC d/b/a HOPE FAMILY PRACTICE and WENDY WILLIAMS, | ) ) ) |
| | ) |
|     Defendant. | ) |

**STIPULATION OF DISMISSAL**

Comes now, Plaintiff, Stephanie Montgomery, and files this stipulation of dismissal, without prejudice, as to Defendant Wendy Williams F.N.P. LLC d/b/a Hope Family Practice. Defendant has not filed a responsive pleading.

    Respectfully Submitted,

    /s/ Christopher S. Wolcott
    Christopher S. Wolcott
    450 East 96th Street Ste 500
    Indianapolis, IN  46240
    Tel (317) 500-0700
    Fax (317) 732-1996
    Email  indy2buck@hotmail.com

    Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of this Motion was served on Defendant by email and U.S. Mail, postage prepaid, first class, to the following address of record on this, the 14th of December 2018:

Wendy Williams, on behalf of herself
428 W. Broadway Street
Princeton, IN  47670

/s/  Christopher S. Wolcott