UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| STEPHANIE MONTGOMERY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 3:18-CV-137 RLY-MPB |
| | ) |
| WENDY WILLIAMS F.N.P. LLC d/b/a HOPE FAMILY PRACTICE and WENDY WILLIAMS, | ) ) ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S MOTION TO ADMINISTRATIVE CLOSE CASE**

The parties have engaged in settlement negotiations. They reached agreement on the terms of a settlement of this action on or about September 25, 2018. Thereafter, the parties drafted and executed a settlement agreement and release, and now, Plaintiff respectfully moves this Court to administratively close this matter. In support hereof, Plaintiff states as follows:

1. This action was brought by Stephanie Montgomery, a former employee at Wendy Williams F.N.P. LLC d/b/a Hope Family Practice ("Practice"), against Practice and Wendy Williams. Montgomery asserted claims under the Fair Labor Standards Act ("FLSA") and various Indiana laws. The Practice and Williams deny wrongdoing.

2. The matter has been resolved, with payments to be made over a period of 48 weeks.

3. To facilitate management of this matter, Plaintiff now requests that the Court administratively close this matter until such time the Parties file a subsequent motion seeking the approval of the settlement agreement entered in to by the Parties and the closure of this matter

with prejudice.

      4.    Defendant does not object to the Court administratively closing this matter.

          Respectfully Submitted,

          /s/ Christopher S. Wolcott
          Christopher S. Wolcott
          450 East 96th Street Ste 500
          Indianapolis, IN  46240
          Tel (317) 500-0700
          Fax (317) 732-1996
          Email  indy2buck@hotmail.com

          Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and accurate copy of this Motion was served on Defendant by email and U.S. Mail, postage prepaid, first class, to the following address of record on this, the 14th of December 2018:

    Wendy Williams, on behalf of herself
    428 W. Broadway Street
    Princeton, IN  47670

          /s/  Christopher S. Wolcott